# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| DARRELL WAYNE COLEMAN<br>PLAINTIFF | * * * | |
| V. | * * | CASE NO. 4:18cv00121 SWW |
| ARKANSAS DEPARTMENT OF CORRECTION, Sex Offender Community Notification Assessment Office<br>DEFENDANT | * * * * * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 1ST DAY OF MARCH, 2018.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE